Maurice A. KRISEL, Plaintiff-Appellant,

v.

Rafael DURAN, Sam J. Van Hining, and Economic Development Administration of Puerto Rico, Defendants,

and

Phillips Petroleum Company, Defendant-Appellee.

No. 621, Docket 34091.

United States Court of Appeals, Second Circuit.

Argued May 11, 1970.

Decided May 20, 1970.

Copal Mintz, Roman Beck, and Benjamin M. Cardozo, New York City (Cardozo & Cardozo, New York City, of counsel), for plaintiff-appellant.

Robert MacCrate, and J. Marshall Wellborn, New York City (Sullivan & Cromwell, New York City, of counsel), for defendant-appellee.

Before FRIENDLY and KAUFMAN, Circuit Judges, and BRYAN, District Judge.*

PER CURIAM:

We affirm for the reasons stated by Judge Weinfeld in his opinion below, 303 F.Supp. 573 (S.D.N.Y.1969).

* Of the District Court for the Southern District of New York, sitting by designation.

George E. SAFELY et al., Appellants,

v.

T.I.M.E. FREIGHT, INC., et al., Appellees.

No. 14213.

United States Court of Appeals, Fourth Circuit.

June 1, 1970.

Flournoy L. Largent, Jr., Winchester, Va. (Largent, Anderson & Larrick, Winchester, Va., on the brief), for appellants.

Robert C. Moss, and John T. Grigsby, Richmond, Va. (McCaul, Grigsby & Pearsall, Richmond, Va., on the brief), for appellee T.I.M.E. Freight, Inc.

Donald M. Murtha, Washington, D. C., on the brief for appellee International Brotherhood of Teamsters and Local Union No. 539.

David Previant, Milwaukee, Wis., and Florian Bartosic, Washington, D. C., on the brief for appellee International Brotherhood of Teamsters.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

On consideration of the record and briefs in this appeal we have determined that oral argument is unnecessary. We find no reversible error in the judgment of the district court and accordingly affirm.

Affirmed.